

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-19-00592-CV

**IN RE THE ESTATE** of Harold G. **SCOTT**, Jr.,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-PC-4111
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

On February 27, 2020, this court notified counsel for the parties that we had set the above cause for formal submission and oral argument on April 14, 2020, at 9:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Irene Rios. We hereby withdraw the February 27, 2020 notice and ORDER that the cause is advanced for ON BRIEFS submission on April 14, 2020, to a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Irene Rios.

It is so **ORDERED** on March 20, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz, Clerk of Court